Amitai Schwartz (CSB #55187)
Lisa Sitkin (CSB #194127)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)

Attorneys for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUBBANY, et al., | No. CV 08 0320 WDB |
| Plaintiffs, | |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 18, 2008

LAW OFFICES OF AMITAI SCHWARTZ

By: _/s/_
         Lisa Sitkin
         Attorneys for Plaintiffs