**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION LLC, a Delaware Corporation, LANDSAFE CREDIT INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I through XX,<br><br>Defendants. | Case No. 4:08-cv-00320-WDB<br><br>[Assigned to The Hon. Wayne D. Brazil]<br><br>Complaint Filed: January 17, 2008<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TRANS UNION LLC TO PLAINTIFFS' COMPLAINT** |

Defendant Trans Union LLC ("Trans Union") hereby answers the averments contained in the Complaint of Thomas Hassan Kubbany and Nancy Kubbany (collectively known as "Plaintiffs"). Trans Union's answers to Plaintiffs' averments are intended to apply to Trans Union's actions and do not speak to the actions of other entities or persons.

## INTRODUCTION

1. Answering paragraph 1, Trans Union admits that Plaintiffs bring this action under the Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. §§1681 *et seq*. and the California Consumer Credit Reporting Agency Act, Cal. Civil Code §§1785.1 *et seq*. Trans Union, however, denies any implication that it is liable

571507.1
**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TRANS UNION LLC'S TO PLAINTIFFS' COMPLAINT**

to Plaintiffs or that Plaintiffs' Complaint states a cause of action against Trans Union.

2. Answering paragraph 2, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## JURISDICTION

3. Answering paragraph 3, Trans Union admits that this Court has jurisdiction as Plaintiffs purportedly bring this action under 15 U.S.C. §1681p and supplemental jurisdiction over state claims under 28 U.S.C. §1367. Trans Union, however, denies any implication that it is liable to Plaintiffs or that Plaintiffs' Complaint states a cause of action against Trans Union.

## VENUE AND INTRA-DISTRICT ASSIGNMENT

4. Answering paragraph 4, Trans Union admits that the venue lies in the Northern District of California pursuant to 289 U.S.C. §1391(b)(1) and (b)(2). Trans Union, however, denies any implication that it is liable to Plaintiffs or that Plaintiffs' Complaint states a cause of action against Trans Union.

5. Answering paragraph 5, Trans Union admits that assignment lies in the San Francisco or Oakland Division pursuant to Local Civil Rule 3-2. Trans Union, however, denies any implication that it is liable to Plaintiffs or that Plaintiffs' Complaint states a cause of action against Trans Union.

## PARTIES

6. Answering paragraph 6, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

7. Answering paragraph 7, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

8. Answering paragraph 8, Trans Union admits that it is a Delaware LLC. Trans Union denies the averments of the first sentence and admits the

1  remaining.

2      9. Answering paragraph 9, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    10. Answering paragraph 10, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    11. Answering paragraph 11, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## FACTS

    12. Answering paragraph 12, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    13. Answering paragraph 13, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    14. Answering paragraph 14, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    15. Answering paragraph 15, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    16. Answering paragraph 16, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

    17. Answering paragraph 17, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies

them.

18. Answering paragraph 18, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

19. Answering paragraph 19, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

20. Answering paragraph 20, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

21. Answering paragraph 21, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

22. Answering paragraph 22, the referenced laws speak for themselves.

23. Answering paragraph 23, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

24. Answering paragraph 24, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

25. Answering paragraph 25, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

26. Answering paragraph 26, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

27. Answering paragraph 27, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

28. Answering paragraph 28, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

29. Answering paragraph 29, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

30. Answering paragraph 30, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

31. Answering paragraph 31, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

32. Answering paragraph 32, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

33. Answering paragraph 33, Trans Union denies the averments of this paragraph.

34. Answering paragraph 34, Trans Union denies the averments of this paragraph.

35. Answering paragraph 35, Trans Union denies the averments of this paragraph.

36. Answering paragraph 36, Trans Union denies the averments of this paragraph.

## FIRST CLAIM FOR RELIEF

37. Answering paragraph 37, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

38. Answering paragraph 38, Trans Union denies the averments of this paragraph.

39. Answering paragraph 39, Trans Union denies the averments of this paragraph.

## SECOND CLAIM FOR RELIEF

40. Answering paragraph 40, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

41. Answering paragraph 41, Trans Union denies the averments of this paragraph.

42. Answering paragraph 42, Trans Union denies the averments of this paragraph.

## THIRD CLAIM FOR RELIEF

43. Answering paragraph 43, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

44. Answering paragraph 44, Trans Union denies the averments of this paragraph.

45. Answering paragraph 45, Trans Union denies the averments of this paragraph.

## FOURTH CLAIM FOR RELIEF

46. Answering paragraph 46, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

47. Answering paragraph 47, Trans Union denies the averments of this paragraph.

48. Answering paragraph 48, Trans Union denies the averments of this paragraph.

## FIFTH CLAIM FOR RELIEF

49. Answering paragraph 49, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

50. Answering paragraph 50, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

51. Answering paragraph 51, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## SIXTH CLAIM FOR RELIEF

52. Answering paragraph 52, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

53. Answering paragraph 53, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

54. Answering paragraph 54, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## SEVENTH CLAIM FOR RELIEF

55. Answering paragraph 55, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

56. Answering paragraph 56, Trans Union denies the averments of this paragraph.

57. Answering paragraph 57, Trans Union denies the averments of this paragraph.

## EIGHTH CLAIM FOR RELIEF

58. Answering paragraph 58, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

59. Answering paragraph 59, Trans Union denies the averments of this paragraph.

60. Answering paragraph 60, Trans Union denies the averments of this paragraph.

## NINTH CLAIM FOR RELIEF

61. Answering paragraph 61, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

62. Answering paragraph 62, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

63. Answering paragraph 63, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## TENTH CLAIM FOR RELIEF

64. Answering paragraph 64, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

65. Answering paragraph 65, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

66. Answering paragraph 66, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## ELEVENTH CLAIM FOR RELIEF

67. Answering paragraph 67, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

68. Answering paragraph 68, Trans Union denies the averments of this paragraph.

1   69.   Answering paragraph 69, Trans Union denies the averments of this paragraph.

### TWELFTH CLAIM FOR RELIEF

70.   Answering paragraph 70, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

71.   Answering paragraph 71, Trans Union denies the averments of this paragraph.

72.   Answering paragraph 72, Trans Union denies the averments of this paragraph.

### THIRTEENTH CLAIM FOR RELIEF

73.   Answering paragraph 73, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

74.   Answering paragraph 74, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

75.   Answering paragraph 75, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

### FOURTEENTH CLAIM FOR RELIEF

76.   Answering paragraph 76, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

77.   Answering paragraph 77, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

78.   Answering paragraph 78, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## FIFTEENTH CLAIM FOR RELIEF

79. Answering paragraph 79, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

80. Answering paragraph 80, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

81. Answering paragraph 81, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## SIXTEENTH CLAIM FOR RELIEF

82. Answering paragraph 82, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

83. Answering paragraph 83, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

84. Answering paragraph 84, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

## SEVENTEENTH CLAIM FOR RELIEF

85. Answering paragraph 85, Trans Union incorporates by reference its answers to paragraphs 1 through 36 above as though fully set forth herein.

86. Answering paragraph 86, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

87. Answering paragraph 87, Trans Union lacks sufficient information or belief to admit or deny the averments of this paragraph, and on that basis denies them.

# AFFIRMATIVE DEFENSES

## FIRST DEFENSE

1. Plaintiffs have failed to state a claim against Trans Union upon which relief may be granted.

## SECOND DEFENSE

2. On information and belief, Trans Union alleges that any purported damages to Plaintiffs, which Trans Union continues to deny, are the result of the acts or omissions of third parties over whom Trans Union has neither control nor responsibility.

## THIRD DEFENSE

3. Some or all of Plaintiffs' claims against Trans Union are barred by applicable statutes of limitations, including, but not limited to, 15 U.S.C. §1681p.

## FOURTH DEFENSE

4. Trans Union has complied with the provisions of the FCRA, 15 U.S.C. §§1681a-x, in its handling of Plaintiffs' credit files, and is entitled to each and every defense afforded to it by that Act.

## FIFTH DEFENSE

5. Plaintiffs, though under a duty to do so, have failed and neglected to reasonably mitigate their alleged damages and, therefore, cannot recover against Trans Union, whether as alleged, or otherwise.

## SIXTH DEFENSE

6. Without admitting that it has the burden of proof on the issue, Trans Union alleges that at all times relevant to the Complaint, it followed reasonable procedures to assure the maximum possible accuracy of the information contained in Plaintiffs' Trans Union credit reports.

## SEVENTH DEFENSE

7. At all times relevant to the Complaint, Trans Union conducted proper reinvestigation procedures concerning Plaintiffs in preparing consumer reports

related to Plaintiffs.

### EIGHTH DEFENSE

8. Any credit report or other information released by Trans Union to a third party concerning Plaintiffs was done with Plaintiffs' explicit or implicit consent.

### NINTH DEFENSE

9. Trans Union is informed and believes, and thereon alleges, that any purported damages sustained by Plaintiffs, were, in whole or in part, caused by their own actions and resulted from Plaintiffs' own negligence, equal to or exceeding any alleged wrongdoing by Trans Union.

### TENTH DEFENSE

10. Trans Union is informed and believes, and thereon alleges, that Plaintiffs' Complaint is barred by the doctrine of Unclean Hands.

### ELEVENTH DEFENSE

11. Trans Union is informed and believes, and thereon alleges, that some or all of Plaintiffs' claims are barred by res judicata.

### TWELFTH DEFENSE

12. Trans Union is informed and believes, and thereon alleges, that some or all of Plaintiffs' claims are barred by collateral estoppel.

### THIRTEENTH DEFENSE

13. Trans Union reserves the right to assert additional defenses that it may learn of through the course of discovery.

### **PRAYER**

WHEREFORE, Defendant Trans Union LLC prays as follows:

1. That Plaintiffs take nothing by reason of their Complaint;
2. That the Complaint be dismissed in its entirety as to Trans Union;
3. That Trans Union be awarded its costs of suit and reasonable attorneys' fees incurred herein; and

        4.    For such other and further relief as this Court may deem just and proper.

DATED: February 12, 2008      MUSICK, PEELER & GARRETT LLP

                                  By: /s/ Donald E. Bradley
                                       Donald E. Bradley
                                       Attorneys for Trans Union LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

     On February 12, 2008, I served the foregoing document(s) described as **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT TRANS UNION LLC'S TO PLAINTIFFS' COMPLAINT** on the interested parties in this action as follows:

**See Attached List**

☐   **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒   **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐   **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on February 12, 2008, at Costa Mesa, California.

☒   (**Federal**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                      /s/ Karen S. Reisner
                                      Karen S. Reisner

**SERVICE LIST**

| | |
|---|---|
| 1 | |
| 2 | Amitai Schwartz |
|   | Lisa M. Sitkin |
| 3 | Law Offices of Amitai Schwartz |
|   | 2000 Powell St., Suite 1286 |
| 4 | Emeryville, CA 94608 |
|   | Phone: 510-597-1775 |
| 5 | Fax: 510-597-0957 |
|   | amitai@schwartzlaw.com |
| 6 | lisa@schwartzlaw.com |

(Lines 7–28 blank)