1   ROBERT E. BOONE (132780)
    JENNIFER A. JACKSON (192998)
2   **BRYAN CAVE LLP**
    120 Broadway, Suite 300
3   Santa Monica, California 90401-2386
    Telephone: (310) 576-2100
4   Facsimile: (310) 576-2200
    E-Mail:    reboone@bryancave.com
5              jjackson@bryancave.com

6   Attorneys for Defendant
    LANDSAFE CREDIT, INC.

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  THOMAS HASSAN KUBBANY and          Case No. CV 08 0320 WDB
    NANCY KUBBANY,
13                                     **STIPULATION RE RESPONSE
                  Plaintiffs,          TO COMPLAINT**
14
           v.                          Date Action Filed: 1/17/08
15                                     Trial Date: None set
    TRANS UNION, LLC, a Delaware
16  Corporation, LANDSAFE CREDIT, INC., a
    California Corporation, CENTRAL
17  PACIFIC MORTGAGE COMPANY dba
    NORTH COAST MORTGAGE, a California
18  Corporation, and DOES I through XX,
    inclusive,
19
                  Defendants.
20

21

22         This stipulation between plaintiffs Thomas Hassan Kubbany and Nancy

23  Kubbany ("Plaintiffs"), on the one hand, and defendant Landsafe Credit, Inc.

24  ("Landsafe"), on the other hand, is based on the following grounds:

25         1.     Plaintiffs' Complaint in this action was filed on January 17, 2008, and

26  served upon Landsafe on January 23, 2008;

27         2.     Landsafe's response to the Complaint was originally due to be filed on

28  or before February 12, 2008;

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

669034.1

3.    Landsafe's counsel was only recently retained in this matter;

4.    For the convenience of the parties and the Court, Plaintiffs and Landsafe, through their respective counsel of record, hereby stipulate and agree that Landsafe has until March 4, 2008, to respond to Plaintiffs' Complaint.


Dated:    February 13, 2008          **BRYAN CAVE LLP|**
                                     ROBERT E. BOONE III
                                     JENNIFER A. JACKSON


                                     By: /s/ Jennifer A. Jackson
                                          Jennifer A. Jackson

                                     Attorneys for Defendant
                                     LANDSAFE CREDIT, INC.

Dated:    February 13, 2008          **LAW OFFICES OF AMITAI SCHWARTZ**


                                     By: /s/ Lisa Sitkin
                                          Lisa Sitkin

                                     Attorneys for Plaintiffs
                                     THOMAS HASSAN KUBBANY and NANCY
                                     KUBBANY

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On February 13, 2008, I served the following document, described as: **STIPULATION RE RESPONSE TO COMPLAINT**, on each interested party in this action, as follows:

| | |
|---|---|
| Amitai Schwartz, Esq. | ***Attorneys for Plaintiffs*** |
| Lisa Sitkin, Esq. | Tel:    (510) 597-1775 |
| Law Offices of Amitai Schwartz | Fax:    (510) 597-0957 |
| Watergate Towers | |
| 2000 Powell Street, Suite 1286 | |
| Emeryville, CA  94608 | |

☒    **(BY U.S. MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐    **(BY FAX)** I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☒    **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 13, 2008, at Santa Monica, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Sherri Gramza
Sherri Gramza

**PROOF OF ELECTRONIC SERVICE**
*Kubbany v. Trans Union, LLC, et al.*
*Case No. CV 08 0320 WDB*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is sherri.gramza@bryancave.com.

On February 13, 2008, I caused the following document(s) described as: **STIPULATION RE RESPONSE TO COMPLAINT** to be served upon each interested party in this action, as follows:

☒    **VIA ELECTRONIC SERVICE :** By electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

☒    **FEDERAL ONLY :** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 13, 2008, at Santa Monica, California.

/s/  Sherri Gramza
Sherri Gramza

3.    Landsafe's counsel was only recently retained in this matter;

4.    For the convenience of the parties and the Court, Plaintiffs and Landsafe, through their respective counsel of record, hereby stipulate and agree that Landsafe has until March 4, 2008, to respond to Plaintiffs' Complaint.

Dated:    February ⓑ 2008        **BRYAN CAVE LLP|**
ROBERT E. BOONE III
JENNIFER A. JACKSON

By: _____
Jennifer A. Jackson

Attorneys for Defendant
LANDSAFE CREDIT, INC.

Dated:    February __, 2008        **LAW OFFICES OF AMITAI SCHWARTZ**

By: _____
Lisa Sitkin

Attorneys for Plaintiffs
THOMAS HASSAN KUBBANY and NANCY KUBBANY

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

669034.1

2

STIPULATION RE RESPONSE TO COMPLAINT - CV 08 0320 WDB

Received Fax :              FEB 13 2008 12:30PM    Fax Station :    LAW OFFICES OF AMITAI SCHWARTZ              P. 3

02/13/2008 12:36 FAX 310 576 2200          BRYAN CAVE LLP                                      ☒003

1    3.    Landsafe's counsel was only recently retained in this matter;

2    4.    For the convenience of the parties and the Court, Plaintiffs and

3 Landsafe, through their respective counsel of record, hereby stipulate and agree that

4 Landsafe has until March 4, 2008, to respond to Plaintiffs' Complaint.

5

6 Dated:    February __, 2008    **BRYAN CAVE LLP**
    ROBERT E. BOONE III

7    JENNIFER A. JACKSON

8

9    By:_____

10        Jennifer A. Jackson

    Attorneys for Defendant

11    LANDSAFE CREDIT, INC.

12 Dated:    February 13, 2008    **LAW OFFICES OF AMITAI SCHWARTZ**

13

14    By:_____

15        Lisa Sitkin

16    Attorneys for Plaintiffs
    THOMAS HASSAN KUBBANY and NANCY

17    KUBBANY

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

669034.1

2

STIPULATION RE RESPONSE TO COMPLAINT - CV 08 0320 WDB