ROBERT E. BOONE III (132780)
JENNIFER A. JACKSON (192998)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
e-mail reboone@bryancave.com
jjackson@bryancave.com

Attorneys for Defendant
LANDSAFE CREDIT, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANS UNION, LLC, a Delaware Corporation, LANDSAFE CREDIT, INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I through XX, inclusive,<br><br>    Defendants. | Case No. CV 08 0320 WDB<br><br>**DEFENDANT LANDSAFE CREDIT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Civil Local Rule 3-16]**<br><br>Date Action Filed: 1/17/08<br>Trial Date: None set |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associates of person, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in
5  that subject matter or in a party that could be substantially affected by the outcome
6  of this proceeding:

| | |
|---|---|
| Thomas Hassan Kubbany | Plaintiff |
| Nancy Kubbany | Plaintiff |
| TransUnion, LLC | Defendant |
| Landsafe Credit, Inc. | Defendant |
| Landsafe, Inc. | Parent of Landsafe Credit, Inc. |
| Countrywide Financial Corporation | Parent of Landsafe, Inc. |
| Central Pacific Mortgage Company | Defendant |

Dated: February 13, 2008

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON

By: /s/ Jennifer A. Jackson
       Jennifer A. Jackson
Attorneys for Defendant
LANDSAFE CREDIT, INC.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On February 13, 2008, I served the following document, described as: **DEFENDANT LANDSAFE CREDIT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, on each interested party in this action, as follows:

| | |
|---|---|
| Amitai Schwartz, Esq. | *Attorneys for Plaintiffs* |
| Lisa Sitkin, Esq. | Tel:  (510) 597-1775 |
| Law Offices of Amitai Schwartz | Fax:  (510) 597-0957 |
| Watergate Towers | |
| 2000 Powell Street, Suite 1286 | |
| Emeryville, CA  94608 | |

☒ **(BY U.S. MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ **(BY FAX)** I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 13, 2008, at Santa Monica, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Sherri Gramza
Sherri Gramza

**PROOF OF ELECTRONIC SERVICE**
<u>Kubbany v. Trans Union, LLC, et al.</u>

<u>Case No. CV 08 0320 WDB</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is sherri.gramza@bryancave.com.

On February 13, 2008, I caused the following document(s) described as: **DEFENDANT LANDSAFE CREDIT, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,** to be served upon each interested party in this action, as follows:

☒ **<u>VIA ELECTRONIC SERVICE</u> :** By electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

☒ **<u>FEDERAL ONLY</u> :** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 13, 2008, at Santa Monica, California.

/s/ Sherri Gramza
Sherri Gramza