Amitai Schwartz, Bar No: 55187  (510) 957-1775
LAW OFFICE OF AMITAI SCHWARTZ
2000 Powell Street
Emeryville, CA 94608

Representing: Plaintiff   File No.Kubbany

United States District Court

Northern District of California

BY FAX

Kubbany, et al.

    Plaintiff/Petitioner

    vs

TransUnion LLC, et al.

    Defendant/Respondent

Case No: CV080320

Proof of Service of:
Summons, Complaint, Notice of Assignment of Case, Setting Case Management Conference; WDB Standing Orders, ECF Reg. Handout

Service on:
Central Pacific Mortgage

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6655480

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Amitai Schwartz, 55187 <br> LAW OFFICE OF AMITAI SCHWARTZ <br> 2000 Powell Street Suite 1286 <br> Emeryville, CA 94608 <br> TELEPHONE NO.: (510) 957-1775 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 1301 Clay St. #400 South <br> Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: Kubbany, et al. <br> DEFENDANT/RESPONDENT: TransUnion LLC, et al. | CASE NUMBER: <br> CV080320 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> Kubbany |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Assignment of Case, Setting Case Management Conference; WDB Standing Orders, ECF Reg. Handout

   BY FAX

3. a. Party served: Central Pacific Mortgage

   b. Person Served: National Registered Agents, Inc., Dena La Porta - Person authorized to accept service of process

4. Address where the party was served: 2030 Main St. 1030
   Irvine, CA 92614

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): January 23, 2008    (2) at (time): 3:40 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Central Pacific Mortgage

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Wendy Duffield
   b. Address:    One Legal - 194-Marin
       504 Redwood Blvd #223
       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 64.00
   e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No. PSC-408
           (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: January 24, 2008

Wendy Duffield                                    (signature)
(NAME OF PERSON WHO SERVED PAPERS)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> FF# 6655480 |
|---|---|---|