POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Amitai Schwartz, 55187<br>LAW OFFICE OF AMITAI SCHWARTZ<br>2000 Powell Street Suite 1286<br>Emeryville, CA  94608<br>TELEPHONE NO.: (510) 957-1775<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA  94612-5212 | |

| PLAINTIFF/PETITIONER: Thomas Kabbany, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TransUnion, et al. | CV080320 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Kubbany |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Assignment of Case, Setting CMC; WDB Standing Orders, ECF Reg. Handou

3. a. Party served: Landsafe Credit, Inc.

   b. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

**BY FAX**

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA  95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: January 23, 2008     (2) at *(time)*:  1:49 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Landsafe Credit, Inc.

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:              Tyler Dimaria
   b. Address:           One Legal - 194-Marin
                         504 Redwood Blvd #223
                         Novato, CA  94947
   c. Telephone number:  415-491-0606
   d. The fee for service was:  $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: January 23, 2008

Tyler Dimaria
*(NAME OF PERSON WHO SERVED PAPERS)*                                                    *(SIGNATURE)*

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6655479