POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Amitai Schwartz, 55187<br>LAW OFFICE OF AMITAI SCHWARTZ<br>2000 Powell Street Suite 1286<br>Emeryville, CA 94608<br>TELEPHONE NO.: (510) 957-1775<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: Thomas Kabbany, et al.<br>DEFENDANT/RESPONDENT: TransUnion, et al. | CASE NUMBER:<br>CV080320 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Kubbany |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Notice of Assignment of Case, Setting CMC; WDB Standing Orders, ECF Reg. Handoı

**BY FAX**

3. a. Party served: Trans Union LLC

   b. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): January 23, 2008   (2) at (time): 1:45 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Trans Union LLC

   under:   Other: Limited Liability Company

7. **Person who served papers**
   a. Name:         Tyler Dimaria
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: January 23, 2008

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                                   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6655478