Amitai Schwartz (CSB #55187)
Lisa Sitkin (CSB #194127)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)

Attorneys for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUBBANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRANS UNION, LLC, et al., <br><br> Defendants. | No. CV 08 0320 WDB <br><br> REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Thomas Hassan Kubbany and Nancy Kubbany hereby request that the Clerk of the above-entitled court enter default in this matter against defendant CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE pursuant to Federal Rule of Civil Procedure 55(a) on the ground that this defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiffs served the complaint on defendant CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE on January 23, 2008, as evidenced by the proof of service of summons filed herewith. As reflected in the docket maintained by this Court and as set forth in the

1  accompanying declaration of Lisa Sitkin, defendant CENTRAL PACIFIC
2  MORTGAGE COMPANY dba NORTH COAST MORTGAGE has not responded
3  to the complaint within the time permitted by law.  See Fed. R. Civ. Pro.
4  12(a)(1)(A).

6  Dated: February 21, 2008

7                                                        Respectfully submitted,

8                                                        LAW OFFICES OF AMITAI SCHWARTZ
                                                         Amitai Schwartz
9                                                        Lisa Sitkin

11                                                  By: _____/s/_____
                                                              Lisa Sitkin
                                                              Attorney for Plaintiffs