Amitai Schwartz (CSB #55187)
Lisa Sitkin (CSB #194127)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)

Attorneys for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUBBANY, et al., | No. CV 08 0320 WDB |
| Plaintiffs, | |
| vs. | DECLARATION OF LISA SITKIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

I, Lisa Sitkin, declare:

1. I am an attorney at law and a member of the State Bar of California. I represent the plaintiffs in the above-captioned action. I make this declaration in support of plaintiffs' request for entry of default against defendant CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, filed herewith.

2. As evidenced by the proof of service of summons filed herewith, plaintiffs served the complaint on defendant CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE on January 23, 2008, through the defendant's agent for service of process in California.

3. Defendant CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE has not appeared in this action and has not

1 | responded to the complaint within the time permitted by law.
2 |
3 |     I declare under penalty of perjury that the foregoing is true and correct.
4 | Executed at Emeryville, California this 21st day of February, 2008.
5 |
6 |                                            /s/
                                     Lisa Sitkin