**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

February 22, 2008

RE:  CV 08-00320 WDB        THOMAS HASSAN KUBBANY-v- TRANS UNION

Default is entered as to Defendant, Central Pacific Mortgage Company, dba North Coast Mortgage on February 22, 2008.

                                                RICHARD W. WIEKING, Clerk

                                                /s/

                                                byCynthia Lenahan
                                                Case Systems Administrator