```
 1  Amitai Schwartz (CSB #55187)
    Lisa Sitkin (CSB #194127)
 2  Law Offices of Amitai Schwartz
    Watergate Towers
 3  2000 Powell Street, Suite 1286
    Emeryville, CA 94608
 4  (510) 597-1775
    (510) 597-0957 (fax)
 5
    Attorneys for Plaintiffs
 6  Thomas Hassan Kubbany
    and Nancy Kubbany
 7
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUBBANY, et al., ) | No. CV 08 0320 WDB |
| Plaintiffs, ) | |
| ) | PLAINTIFFS' CONSENT TO |
| vs. ) | PROCEED BEFORE A UNITED |
| ) | STATES MAGISTRATE JUDGE |
| TRANS UNION, LLC, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636(c) and Local Civ. Rule 73-1(a), plaintiffs Thomas Hassan Kubbany and Nancy Kubbany, through their counsel of record, hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 27, 2008

                         Respectfully submitted,

                         LAW OFFICES OF AMITAI SCHWARTZ
                         Amitai Schwartz
                         Lisa Sitkin

                         By: _____/s/_____
                              Lisa Sitkin, Attorney for Plaintiffs