UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUBBANY, | No. C 08-320 WDB |
| Plaintiffs, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| TRANS UNION LLC, et al. | |
| Defendants. | |

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for April 24, 2008 at 4:00 p.m. is vacated.

Dated: March 28, 2008                    Richard W. Wieking, Clerk
                                         United States District Court

*Sarah Weinstein*

By: SarahWeinstein
    Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd