Amitai Schwartz (CSB #55187)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)

Attorneys for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUBBANY, et al., | No.  CV 08 0320 CW |
| Plaintiffs, | |
| vs. | NOTICE OF CHANGE IN COUNSEL |
| TRANS UNION, LLC, et al., | |
| Defendants. | |

TO THE CLERK AND ALL COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that attorney Lisa Sitkin is no longer representing the plaintiffs in this action.

Plaintiffs will continue to be represented by Amitai Schwartz of the Law Offices of Amitai Schwartz.

Dated: April 30, 2008

Respectfully submitted,

LAW OFFICES OF AMITAI SCHWARTZ

By: _____/s/_____
Amitai Schwartz
Attorney for Plaintiffs