**BRYAN CAVE LLP**
ROBERT E. BOONE III, California Bar No. 132780
JENNIFER A. JACKSON, California Bar No. 192998
AMY M. GANTVOORT, California Bar No. 227294
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
e-mail:       reboone@bryancave.com
               jjackson@bryancave.com
               amy.gantvoort@bryancave.com

Attorneys for Defendant
LANDSAFE CREDIT, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TRANSUNION, LLC, a Delaware Corporation, LANDSAFE CREDIT, INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I THROUGH XX, inclusive,<br><br>                    Defendants. | Case No. CV 08 0320 CW<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**[Civil Local Rule 6.1(a)]**<br><br>Date Action Filed:  January 17, 2008<br>Fact Discovery Cut-Off: January 2, 2009<br>Trial Date:  July 27, 2009 |

SM01DOCS682590.1

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

This Stipulation between Plaintiff Thomas Hassan Kubbany, on the one hand, and defendant LandSafe Credit, Inc. ("LandSafe"), on the other hand, is made with reference to the following facts:

1.    Plaintiff Thomas Hassan Kubbany ("Plaintiff") served the following written discovery requests on May 6, 2008:

- Plaintiff Thomas Hassan Kubbany's First Set of Interrogatories to Defendant LandSafe Credit, Inc.;
- Plaintiff Thomas Hassan Kubbany's First Set of Requests for Production of Documents and Things, Including Electronically Stored Information, to LandSafe Credit, Inc.; and
- Plaintiff Thomas Hassan Kubbany's First Set of Requests for Admissions to Defendant LandSafe Credit, Inc.

2.    LandSafe's responses to the aforementioned written discovery requests were originally due to be served on June 9, 2008.

3.    Plaintiff has granted Landsafe a two week extension of time to respond to Plaintiff's outstanding discovery.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and LandSafe, by and through their respective undersigned counsel, that LandSafe has been granted an extension of time until Monday, June 23, 2008, to respond to Plaintiff's outstanding written discovery, as listed above.

IT IS FURTHER STIPULATED AND AGREED that nothing herein, nor the extension of time to respond shall constitute a waiver of any of the parties' respective rights, which are expressly reserved.

[SIGNATURE PAGE TO FOLLOW]

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS682590.1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 3, 2008                    Law Offices of Amitai Schwartz


                                       By:  _____/S/_____
                                              Amitai Schwartz
                                       Attorneys for Plaintiffs
                                       THOMAS HASSAN KUBBANY and
                                       NANCY KUBBANY



DATED: June 4, 2008                    Bryan Cave LLP


                                       By:  _____/S/_____
                                              Amy M. Gantvoort
                                       Attorneys for Defendant
                                       LANDSAFE CREDIT, INC.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS682590.1

3

Case No. CV 08 0320 CW
STIPULATION TO EXTEND DISCOVERY
DEADLINES

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  DATED: June 2, 2008                    Law Offices of Amitai Schwartz

4

5  By: _____

6        Amitai Schwartz

   Attorneys for Plaintiffs
7  THOMAS HASSAN KUBBANY and
   NANCY KUBBANY

8

9

10

11  DATED: June __, 2008                   Bryan Cave LLP

12

13  By: _____

14        Amy M. Gantvoort

   Attorneys for Defendant
15  LANDSAFE CREDIT, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28  SM01DOCS682590.1

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

3

Case No. CV 08 0320 CW
STIPULATION TO EXTEND DISCOVERY
DEADLINES