**BRYAN CAVE LLP**
ROBERT E. BOONE III, California Bar No. 132780
JENNIFER A. JACKSON, California Bar No. 192998
AMY M. GANTVOORT, California Bar No. 227294
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-mail: reboone@bryancave.com
jjackson@bryancave.com
amy.gantvoort@bryancave.com

Attorneys for Defendant
LANDSAFE CREDIT, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC, a Delaware Corporation, LANDSAFE CREDIT, INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I through XX, inclusive,<br><br>Defendants. | Case No. CV 08 0320 CW<br><br>**DEFENDANT LANDSAFE CREDIT, INC.'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Civil Local Rule 3-16]**<br><br>Date Action Filed: January 17, 2008<br>Trial Date: None set |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associates of person, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in
5  that subject matter or in a party that could be substantially affected by the outcome
6  of this proceeding:

| | |
|---|---|
| Thomas Hassan Kubbany | Plaintiff |
| Nancy Kubbany | Plaintiff |
| TransUnion, LLC | Defendant |
| LandSafe Credit, Inc. | Defendant |
| LandSafe, Inc. | Parent of LandSafe Credit, Inc. |
| Countrywide Financial Corporation | Parent of LandSafe, Inc. |
| Bank of America Corporation | Parent of Countrywide Financial Corporation |
| Central Pacific Mortgage Company | Defendant |

Dated: July 11, 2008

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON
AMY M. GANTVOORT

By: /s/ Amy M. Gantvoort
　　　Amy M. Gantvoort
Attorneys for Defendant
LANDSAFE CREDIT, INC.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386