**BRYAN CAVE LLP**
ROBERT E. BOONE III, California Bar No. 132780
JENNIFER A. JACKSON, California Bar No. 192998
AMY M. GANTVOORT, California Bar No. 227294
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
e-mail:  reboone@bryancave.com
         jjackson@bryancave.com
         amy.gantvoort@bryancave.com

Attorneys for Defendant
LANDSAFE CREDIT, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSUNION, LLC, a Delaware Corporation, LANDSAFE CREDIT, INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I THROUGH XX, inclusive,<br><br>Defendants. | Case No. CV 08 0320 CW<br><br>**DEFENDANT LANDSAFE CREDIT, INC.'S DISCLOSURE STATEMENT**<br><br>**[FRCP 7.1(a)]**<br><br>Date Action Filed:  January 17, 2008<br>Trial Date:  None set |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant LandSafe Credit, Inc. ("LandSafe") states that it is wholly owned by its parent corporation, LandSafe, Inc.  LandSafe, Inc., in turn, is wholly owned by its parent

SM01DOCS671309.1

1  corporation, Countrywide Financial Corporation.  Countrywide Financial
2  Corporation is wholly owned by its parent corporation, Bank of America
3  Corporation.  Bank of America Corporation is a publicly traded entity.

Dated:  July 11, 2008

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON
AMY M. GANTVOORT

By:  /s/ Amy M. Gantvoort
         Amy M. Gantvoort
Attorneys for Defendant
LANDSAFE CREDIT, INC.

SM01DOCS671309.1

2

Case No. CV 08 0320 CW
LANDSAFE CREDIT, INC.'S
DISCLOSURE STATEMENT