1  Amitai Schwartz (CSB #55187)
   Moira Feeney (CSB #233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  (510) 597-1775
   (510) 597-0957 (fax)
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiffs
     Thomas Hassan Kubbany
7    and Nancy Kubbany

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12
   THOMAS HASSAN KUBBANY and   )
13 NANCY KUBBANY,              )
                               )   No. CV 08 0320 CW
14         Plaintiffs,         )
                               )
15     vs.                     )   NOTICE OF APPEARANCE OF
                               )   MOIRA FEENEY
16 TRANS UNION, LLC, et al.    )
                               )
17         Defendants.         )
                               )
18

19        TO THE CLERK AND ALL COUNSEL OF RECORD HEREIN:

20        PLEASE TAKE NOTICE that Moira Feeney (moira@schwartzlaw.com) of

21 the Law Offices of Amitai Schwartz, hereby enters her appearance on behalf of

22 plaintiffs Thomas Hassan Kubbany and Nancy Kubbany in the above captioned

23 matter and requests that all pleadings, notices, orders, correspondence and other

24 papers in connection with this action be served upon her at the e-mail address

25 listed above.

26

27 //

28 //

1     Amitai Schwartz also remains as counsel for plaintiffs.

3 Dated: July 21, 2008

4                                             Respectfully submitted,

5                                             LAW OFFICES OF AMITAI SCHWARTZ

6                                             Amitai Schwartz
                                              Moira Feeney

8                                             By:      /s/
                                                      Moira Feeney
9                                                       Attorney for Plaintiffs