**FILED**

AUG 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kubbany, | No. C 08-00320 CW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Trans Union, LLC, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _August 15, 2008_

2.  Did the case settle?          ☐ fully          ☐ partially          ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4.  **IS THIS ADR PROCESS COMPLETED?**          ☒ YES          ☐ NO

Dated:          _August 15, 2008_          _[signature]_

**Mediator, Michael W. Bien**
Rosen Bien & Galvan LLP
315 Montgomery St., 10th Floor
San Francisco, CA 94104

**Certification of ADR Session**
08-00320 CW MED

United States District Court
Northern District of California