Amitai Schwartz (CSB #55187)
Moira Feeney (CSB #233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorney for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>  Plaintiffs,<br><br>  vs.<br><br>TRANS UNION, LLC, et al.<br><br>  Defendants. | No. CV 08 0320 CW<br><br>PLAINTIFFS' ACCEPTANCE OF OFFER OF JUDGMENT BY DEFENDANT TRANS UNION LLC<br><br>Fed. R. Civ. Pro., Rule 68 |

Plaintiffs THOMAS HASSAN KUBBANY and NANCY KUBBANY hereby accept defendant Trans Union LLC's offer that Judgment be entered in favor of plaintiffs against Trans Union as follows:

Judgment in favor of THOMAS HASSAN KUBBANY and NANCY KUBBANY against TRANS UNION, in the total sum of THIRTY THOUSAND DOLLARS ($30,000), which shall exclude any claim for attorneys' fees awardable by statute, contract, or otherwise, any claim for fees payable to expert witnesses, or other costs accrued to date that might be recoverable against Trans Union in this action.

1       A copy of the defendant's offer of judgment is attached hereto.

2 Dated: August 29, 2008

3       /s/ Amitai Schwartz
Amitai Schwartz
4       Attorney for Plaintiffs

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2436
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com
Adam L. Johnson (State Bar No. 167067)
  a.johnson@mpglaw.com

Attorneys for Trans Union LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION LLC, a Delaware Corporation, LANDSAFE CREDIT INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I through XX,<br><br>Defendants. | Case No. 4:08-cv-00320-WDB<br><br>[Assigned to The Hon. Wayne D. Brazil]<br><br>Complaint Filed: January 17, 2008<br><br>**OFFER OF JUDGMENT BY DEFENDANT TRANS UNION LLC [FED. R. CIV. P. RULE 68]** |

Defendant TRANS UNION LLC ("Trans Union") hereby offers to allow entry of judgment pursuant to Federal Rule of Civil Procedure Rule 68 as follows:

Judgment in favor of Plaintiffs THOMAS HASSAN KUBBANY and NANCY KUBBANY against Trans Union, in the total sum of THIRTY THOUSAND DOLLARS ($30,000.00), which shall exclude any claim for attorneys' fees awardable by statute, contract, or otherwise, any claim for fees payable to expert witnesses, or other costs accrued to date that might be recoverable against Trans Union in this action.

601871.1

OFFER OF JUDGMENT BY DEFENDANT TRANS UNION LLC

1  DATED: August 19, 2008           MUSICK, PEELER & GARRETT LLP

                                    By: _____
                                    Adam L. Johnson (Cal. State Bar 167067)
                                    (714) 668-2400
                                    Attorneys for Defendant TRANS UNION LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On August 19, 2008, I served the foregoing document(s) described as **OFFER OF JUDGMENT BY DEFENDANT TRANS UNION LLC [FED. R. CIV. P. RULE 68]** on the interested parties in this action as follows:
   **See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

Executed on August 19, 2008, at Costa Mesa, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joan Marie Donoghue*
Joan Marie Donoghue

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

601871.1

3
OFFER OF JUDGMENT BY DEFENDANT TRANS UNION LLC

## SERVICE LIST

Amitai Schwartz
Lisa Mija Sitkin
Law Offices of Amitai Schwartz
2000 Powell St., Ste. 1286
Emeryville, CA 94608
Phone: 510-597-1775
Fax: 510-597-0957
amitai@schwartzlaw.com
lisa@schwqrtzlaw.com

Amy M. Gantvoort
Robert E. Boone, III
Jennifer A. Jackson
Bryan Cave LLP
120 Broadway, Ste. 300
Santa Monica, CA 90401
Phone: 310-576-2100
Fax: 310-576-2200
Amy.gantvoort@bryancave.com
reboone@byrancave.com
jjackson@bryancave.com

PROOF OF SERVICE

Re: Thomas Hassan Kubbany, et al. v. TransUnion, et al., United States District Court, Northern District of California, Case No. CV 08 0320 CW

I, Caitlin Barth, declare that I am over 18 years of age, and not a party to the within cause; my business address is 2000 Powell Street, Suite 1286, Emeryville, CA 94608. I served a true copy of the attached

PLAINTIFFS' ACCEPTANCE OF OFFER OF JUDGMENT BY DEFENDANT TRANS UNION LLC

on the following, by placing a copy in an envelope addressed to the party listed below, which envelope was then sealed by me and deposited in United States Mail, postage prepaid at Emeryville, California, on August 29, 2008.

Robert E. Boone III
Jennifer Jackson
Amy Gantvoort
Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

Donald E. Bradley
Adam Johnson
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008 at Emeryville, California.

/s/ Caitlin Barth
Caitlin Barth