1  Amitai Schwartz (CSB #55187)
   Moira Feeney (CSB #233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  (510) 597-1775
   (510) 597-0957 (fax)
5  attorneys@schwartzlaw.com

6  Attorney for Plaintiffs
   Thomas Hassan Kubbany
7  and Nancy Kubbany

8

9              IN THE UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12
   THOMAS HASSAN KUBBANY and )
13 NANCY KUBBANY,            )
                            )  No.  CV 08 0320 CW
14         Plaintiffs,       )
                            )
15     vs.                   )  MOTION TO ENLARGE TIME TO
                            )  FILE MOTION FOR ATTORNEYS'
16 TRANS UNION, LLC, et al.  )  FEES AND EXPENSES AND FILE
                            )  BILL OF COSTS AGAINST
17         Defendants.       )  DEFENDANT TRANSUNION LLC
                            )
18 ─────────────────────────    DECLARATION IN SUPPORT

19                             Local Rules 6-3, 54-1, 54-6(a)

20
21     Plaintiffs Thomas Hassan Kubbany and Nancy Kubbany hereby more

22 pursuant to Local Rule 6-3 for an order extending their time to file a motion for

23 attorneys' fees and expenses and to file a bill of costs against defendant

24 TransUnion LLC an additional 90 days from entry of Judgment against defendant

25 TransUnion.

26     Federal Rule of Civil Procedure 54(d)(2)(b) requires that a motion for

27 attorneys' fees pursuant to statute be filed within 14 days of entry of judgment.

28 Rule 54(d)(2)(b) permits the court to extend the time for filing by court order.

Local Rule 54-6 also permits the court to extend the time for filing.  The local Rule advises counsel who desire to seek an extension to seek such an order as soon as practicable.

Local Rule 54-1 provides that a bill of costs must be filed no later than 14 days after entry of judgment.  Nothing precludes the court from extending the time to file a bill of costs.

On August 29, 2008 Plaintiffs accepted an offer of judgment from defendant TransUnion LLC pursuant to Fed. R. Civ. Pro. 68.  On August 29, 2008, plaintiff filed the acceptance and the offer with the court.   A separate judgment has not been entered.

Plaintiffs brought suit pursuant to statutes that provide for the award of attorneys' fees and costs to prevailing plaintiffs.  See e.g, 15 U.S.C. §§ 1681n, 1681o; Cal. Civil Code § 1785.30, 1786.50.

The offer of judgment from Defendant TransUnion stated that judgment could be entered against it in favor of plaintiffs in the amount of $30,000, excluding attorneys' fees and costs.  Because the offer did not include a waiver of attorneys' fees, expenses, or costs, plaintiffs intend to move the court for an award of fees, expenses[1] and costs against TransUnion.

The action, however, remains pending against co-defendant Landsafe, Inc.[2]

Plaintiffs respectfully move to enlarge the time to file their motion for fees and expenses to and including 90 days from the entry of judgment.

Although a separate judgment has not yet been entered with respect to

---

[1]  Litigation expenses are normally awardable in addition to attorneys's fees in federal fee shifting cases.  See eg, Missouri v. Jenkins, 491 U.S. 274 (1989); Dang v. Cross, 422 F.3d 800, 814 (9th Cir. 2005);  Harris v. Marhoefer, 24 F.3d 16, 19 (9th Cir.1994) .

[2]  A default was previously entered by the clerk against defendant Central Pacific Mortgage Co.

1  TransUnion, plaintiffs make this motion now in order to preserve their rights in

2  the event that TransUnion argues, and the court were to agree, that the time to file

3  expires 14 days from August 29, 2008 when the acceptance of the Rule 68 offer

4  was filed.

5     Plaintiffs request this extension for several reasons.   First, fourteen days is

6  much too short to meet and confer as the amount of the fee demand, as required by

7  the local rules and then prepare a comprehensive fee motion with the necessary

8  supporting declarations, if meet and confer is not successful.   Second, ninety days

9  from entry of judgment may allow time to resolve the remaining claims against

10 defendant  Landsafe and thereby clarify the extent to which TransUnion is jointly

11 or severally liable for fees, expenses and costs.  Third, plaintiffs' counsel will be

12 out of the country between September 27, 2008 and October 21, 2008 and would

13 not be available during that period to prepare and file responsive papers, if

14 necessary.

15    There would be no prejudice to defendant TransUnion as a result of the

16 extension.

17    Prior to making this motion, plaintiffs' counsel contacted Donald Bradley,

18 attorney for defendant TransUnion LLC, asking him to stipulate to this 90 day

19 extension.   TransUnion would only agree to a 16 day extension to file the motion.

20    Wherefore, plaintiffs respectfully move that their motion to extend their

21 time to file their motion for attorneys' fees, expenses, and costs be extended to and

22 including 90 days from entry of judgment against defendant TransUnion, LLC.

23 Dated: September 4, 2008

24

25                    Respectfully submitted,

26                    /s/ Amitai Schwartz

27                    Amitai Schwartz
                      Attorney for Plaintiffs

28

1

2                DECLARATION IN SUPPORT OF MOTION

3      I, Amitai Schwartz, declare:

4         1.   I am plaintiffs counsel in this action and a member of the bar of this

5 court.

6         2.   I request an extension of time to file a motion for attorneys' fees and

7 expenses, and to file a bill of costs against defendant TransUnion LLC for the

8 following reasons.  First, the fourteen day period to file the motion for attorneys's

9 fees pursuant to Fed. R. Civ. Pro. 54(d)(2)(b) and Local Rule 54-6(a), fourteen

10 days, is much too short to meet and confer as the amount of the fee demand, as

11 required by 54-6(a) and then prepare a comprehensive fee motion with the

12 necessary supporting declarations, if meet and confer is not successful.   Second,

13 ninety days from entry of judgment may allow time to resolve the remaining

14 claims against defendant Landsafe and thereby clarify the extent to which

15 TransUnion is jointly or severally liable for fees, expenses and costs.  Third,

16 plaintiffs' counsel will be out of the country between September 27, 2008 and

17 October 21, 2008 and would not be available during that period to prepare and file

18 responsive papers, if the time to file responsive papers falls during that period.

19         3.  There would be no prejudice to defendant TransUnion as a result of the

20 extension.

21         4.   The only time previous time modifications in this case have been

22 informal extensions granted by the parties for discovery responses.

23         5.   The extension sought by this motion would not affect the dates set by

24 this court's case management order.

25 //

26 //

27 //

28 //

1        6.   Prior to filing this motion I contacted Donald Bradley, attorney for

2    defendant TransUnion, asking him to stipulate to extend plaintiffs' time to file

3    their motion.   After several rounds of correspondence, Mr. Bradley informed me

4    on the afternoon of September 4, 2008 that TransUnion would only agree to a 16

5    day extension of time.

6        I declare under penalty of perjury that the foregoing is true and correct.

7    Executed at Emeryville, California this 4th day of September 2008.

8

9                    /s/ Amitai Schwartz

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 <u>PROOF OF SERVICE</u>

2    Re:    <u>Thomas Hassan Kubbany, et al. v. TransUnion, et al.,</u> United States
          District Court, Northern District of California,
3          Case No. CV 08 0320 CW

4        I, Amitai Schwartz, declare that I am over 18 years of age, and not a party to
   the within cause; my business address is 2000 Powell Street, Suite 1286,
5    Emeryville, CA 94608.  I served a true copy of the attached

6    MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEYS' FEES
   AND EXPENSES AND FILE BILL OF COSTS AGAINST DEFENDANT
7    TRANSUNION LLC

8    DECLARATION IN SUPPORT

9
   on the following, by ECF on September 4, 2008:
10
   Robert E. Boone III
11    Jennifer Jackson
   Amy Gantvoort
12    Bryan Cave LLP
   120 Broadway, Suite 300
13    Santa Monica, CA 90401

14    Donald E. Bradley
   Musick, Peeler & Garrett LLP
15    650 Town Center Drive, Suite 1200
   Costa Mesa , CA 92626
16
        I declare under penalty of perjury that the foregoing is true and correct.
17
        Executed on September 4, 2008 at Emeryville, California.
18
                        <u>/s/ AmitaiSchwartz</u>
19                         Amitai Schwartz

20

21

22

23

24

25

26

27

28