Amitai Schwartz (CSB #55187)
Moira Feeney (CSB #233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorney for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TRANS UNION, LLC, et al.<br><br>　　　　Defendants. | No. CV 08 0320 CW<br><br>[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND A BILL OF COSTS, AGAINST DEFENDANT TRANSUNION LLC |

　　　　For good cause, the motion of plaintiffs Thomas Hassan Kubbany and Nancy Kubbany to enlarge the time to file a motion for attorneys' fees and expenses, and to file a bill of costs, against defendant TransUnion LLC to and including 90 days from entry of judgment against TransUnion LLC is GRANTED.

　　　　IT IS SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　　United States District Judge