**BRYAN CAVE LLP**
ROBERT E. BOOK III, California Bar No. 132780
JENNIFER A. JACKSON, California Bar No. 192998
AMY M. GANTVOORT, California Bar No. 227294
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
e-mail:       reboone@bryancave.com
                  jjackson@bryancave.com
                  amy.gantvoort@bryancave.com

Attorneys for Defendant
LANDSAFE CREDIT, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>TRANS UNION, LLC, a Delaware Corporation, LANDSAFE CREDIT, INC., a California Corporation, CENTRAL PACIFIC MORTGAGE COMPANY dba NORTH COAST MORTGAGE, a California Corporation, and DOES I THROUGH XX, inclusive,<br><br>    Defendants. | Case No.  CV 08 0320 CW<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT LANDSAFE CREDIT, INC. AND ORDER THEREON**<br><br>**[FRCP 41]**<br><br>Date Action Filed: January 17, 2008<br>Trial Date:           July 27, 2009 |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for Plaintiffs Thomas Hassan Kubbany and Nancy Kubbany and counsel for Defendant LandSafe Credit, Inc. hereby stipulate to the dismissal of LandSafe Credit, Inc. from this action with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: November 7, 2008

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON
AMY M. GANTVOORT

By: /s/ Amy M. Gantvoort
     Amy M. Gantvoort
Attorneys for Defendant
LANDSAFE CREDIT, INC.

Dated November 11, 2008

**THE LAW OFFICES OF AMITAI SCHWARTZ**
AMITAI SCHWARTZ
MOIRA FEENEY

By: /s/ Amitai Schwartz
     Amitai Schwartz
Attorneys for Plaintiffs
THOMAS HASSAN KUBBANY and NANCY KUBBANY

**ORDER**

**IT IS HEREBY ORDERED** that Defendant LandSafe Credit, Inc. is dismissed from this action with prejudice.

Dated: 11/14/08

_Claudia Wilken_
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE