IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS HASSAN KUBBANY,  No. C 08-00320 CW

    Plaintiff,  ORDER

  v.

TRANS UNION, et al.

    Defendants.
_____/

    Default having been entered by the Clerk on February 22, 2008, as to Defendant Central Pacific Mortgage Company, dba North Coast Mortgage,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment as to Defendant Central Pacific Mortgage Company by January 15, 2009, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated:  12/12/08

                                         CLAUDIA WILKEN
                                         United States District Judge

cc:  Wings