Amitai Schwartz (CSB #55187)
Moira Feeney (CSB #233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorney for Plaintiffs
Thomas Hassan Kubbany
and Nancy Kubbany

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HASSAN KUBBANY and NANCY KUBBANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC, et al.<br><br>    Defendants. | No. CV 08 0320 CW<br><br>STIPULATION AND ORDER ENLARGINGING TIME TO FILE MOTION FOR ATTORNEY'S FEES AND EXPENSES |

Subject to the approval of the court, IT IS STIPULATED by and between PLAINTIFFS and DEFENDANT TRANSUNION LLC, through their counsel of record,

That plaintiffs may have an additional 21 days, to and including January 13, 2009, within which to file a motion for fees and expenses, pursuant to Local Rule 54-6(a), if necessary.

//
//
//
//

It is further stipulated that plaintiffs shall set the motion for hearing for a time that will give defendant at least 21 days to file its opposition.

IT IS SO STIPULATED.

Dated: 12/11/08

/s/ Adam Johnson
Adam Johnson
Attorney for Defendant
Trans Union, LLC

Dated: 12/11/08

/s/ Amitai Schwartz
Amitai Schwartz
Attorney for Plaintiffs

IT IS SO ORDERED

Dated: 12/12/08

Claudia Wilken
United States District Judge